THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CASSANDRA WILLIAMS, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | 1;20-cv-03645-CAP |
| v. ) | |
| ) | |
| ELIJAH HEALTH CARE SOLUTIONS ) | JURY TRIAL DEMANDED |
| LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

Upon application of the Parties and upon review of the private settlement agreed to by the Parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreement are the product of arm's length bargaining of qualified counsel and are fair, adequate and reasonable. Therefore, it is **ORDERED AND ADJUDGED** that the Parties' Joint Motion to Approve Settlement Agreement and Dismiss Claims is **GRANTED**, that the Court **APPROVES** the settlement agreement between the Parties, and **ORDERS** that Plaintiff's Complaint and this civil action in its entirety is hereby **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction to enforce the terms of the settlement.

SO ORDERED this 14th day of October, 2020.

/s/ Charles A. Pannell, Jr.

Charles A. Pannell, Jr.
United States District Court Judge

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CASSANDRA WILLIAMS, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | 1;20-cv-03645-CAP |
| v. ) | |
| ) | |
| ELIJAH HEALTHCARE SOLUTIONS ) | JURY TRIAL DEMANDED |
| LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I certify that I have this day filed the within and foregoing **JOINT MOTION FOR COURT REVIEW AND APPROVAL** with the Clerk of the Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to all counsel of record who are CM/ECF participants.

Dated this 13th day of October, 2020.

                                          */s/ V. Severin Roberts*
                                          V. Severin Roberts
                                          Georgia Bar No. 940504
                                          Counsel for Plaintiff

9